# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Troy Adams, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>City of New Haven, )<br>Connecticut, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.: 3:15-CV-01311-JAM |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ISSUANCE OF ORDER

Plaintiffs Troy Adams, *et al*. (hereinafter, "Plaintiffs"), and the City of New Haven, Connecticut (hereinafter, "Defendant" or "City"), hereby jointly request that this Court enter the parties' proposed Order and Judgment approving their Settlement Agreement and dismissing certain claims asserted by plaintiffs in this case with prejudice. A copy of the Agreement is attached hereto as **Exhibit 1**. As grounds for this joint motion, the parties state as follows:

    1.    Following considerable negotiation, the parties, through their representatives, have reached the attached Agreement. The Agreement becomes effective upon execution by all parties and approval by the Court. Plaintiffs' counsel has been working diligently to get signatures from all plaintiffs, but to date does not yet have all such signatures. Nonetheless, given the Court's Order Dismissing Case (Docket # 41), the parties agree that seeking court approval before all plaintiffs have executed is appropriate;

    2.    On December 9, 2016, the Court approved a Settlement Agreement settling and resolving the claims and matters pleaded in plaintiffs' Complaint with respect to the time before September 22, 2015, inclusive of plaintiffs' claim for reasonable attorneys' fees and costs, fully and forever, except for plaintiffs' claims relating to non-pay period specific premium payments

made on or after January 1, 2016 attributable to the 2015 calendar year. The present Agreement resolves Plaintiffs' remaining claims;

      3.      The parties jointly request this Motion be scheduled for a hearing.

Based on the foregoing, the parties respectfully and jointly move this Court to enter the parties' proposed Order and Judgment approving their Settlement Agreement and dismissing certain claims asserted by plaintiffs against defendant with prejudice.

                                                        Respectfully Submitted,

| /s/ Megan K. Mechak | /s/ Megan K. Mechak with permission |
|---|---|
| Megan K. Mechak (phv07685) | Hugh F. Murray, III (ct11418) |
| Woodley & McGillivary LLP | Tiffany R. Hubbard (ct28247) |
| 1101 Vermont Ave., N.W., Suite 1000 | McCarter & English, LLP |
| Washington, D.C. 20005 | CityPlace I |
| | 185 Asylum Street |
| Eric Chester (ct27172) | Hartford, CT 06103 |
| Ferguson, Doyle, & Chester P.C. | |
| 35 Marshall Road | *Counsel for Defendant* |
| Rocky Hill, CT 06067 | |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Troy Adams, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 3:15-CV-01311-JAM |
| City of New Haven, Connecticut, | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Joint Motion for Approval of Settlement Agreement and Issuance of Order, with Exhibit 1 and proposed Order, was filed electronically on the 23rd day of June, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

    Hugh F. Murray, III
    Tiffany R. Hubbard
    McCarter & English, LLP
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103
    Phone:   (860) 275-6700
    Fax:      (860 724-3397
    Email:    hmurray@mccarter.com
    Email:    thubbard@mccarter.com

    *Attorneys for Defendant*

    /s/ Megan K. Mechak
    Megan K. Mechak