# EXHIBIT 1

**This is a settlement agreement in the case *Adams et al. v. New Haven*, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Troy Adams, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 3:15-CV-01311-JAM |
| City of New Haven, Connecticut, | ) |
| Defendant. | ) |

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is entered into by plaintiffs, Troy Adams, *et al.*, hereinafter collectively, "plaintiffs," and the City of New Haven, Connecticut, hereinafter "defendant" or "City."

WHEREAS, plaintiffs brought or joined in this action claiming violations of the Fair Labor Standards Act 29 U.S.C. § 201, *et seq.*; and,

WHEREAS, the defendant denies material allegations made by the plaintiffs and disputes the extent of claimed liability to the plaintiffs; and,

WHEREAS, the parties previously resolved, with Court approval, all claims covered by this litigation related to work performed up to and including September 22, 2015 (with the exception of plaintiffs' claims relating to non-pay period specific premium payments made on or after January 1, 2016 attributable to the 2015 calendar year); and

WHEREAS, the parties prefer to avoid the uncertainty and expense of further litigation and believe that their interests will be best served by the settlement of all remaining aspects of this claim and complete dismissal of this action, with prejudice, and have concluded that the terms of this agreement are fair, reasonable and adequate.

1

This is a settlement agreement in the case *Adams et al. v. New Haven*, **CIVIL ACTION NO.: 3:15-CV-01311-JAM. By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

NOW THEREFORE, in consideration of their mutual covenants and other good and valuable consideration, receipt of which is hereby acknowledged, the parties, intending to be legally bound, agree as follows:

1. <u>Release and Waiver of Claims</u>. In further exchange for the consideration set forth in paragraph 2 of this Agreement, plaintiffs agree to hereby release, acquit, and forever discharge the City from all claims, demands, and liability of every kind and nature legal or equitable, occasioned by or arising out of any claim for nonpayment or underpayment of overtime wages, whether statutory or contractual, that were asserted or that could have been asserted in this action related to work performed by any plaintiff through January 18, 2017. Plaintiffs agree and acknowledge that with respect to the claims being released and waived, plaintiffs are releasing and waiving not only the right to recover money or other relief in any action that they might institute but are also waiving their right to recover money or other relief in any action that might be brought on behalf of any of the plaintiffs by any other person or entity including, but not limited to, the New Haven Fire Union, Local 825, International Association of Fire Fighters, AFL-CIO; the State of Connecticut; or the United States Department of Labor.

2. <u>Consideration for work performed during the Period after September 22, 2015 through January 18, 2017.</u>

A. For work performed during the period from September 22, 2015 through January 18, 2017, the City agrees to pay the plaintiffs the gross sum of Fifteen Thousand Dollars ($15,000.00) in back wages. The total amount due to each individual plaintiff for calendar year 2015 is attached to this agreement as **Exhibit 1**. In addition, each plaintiff who is entitled to a longevity payment in January, 2017 under the collective bargaining agreement between the defendant and New Haven Fire Union, Local 825, International Association of Fire Fighters,

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

AFL-CIO, shall receive as additional consideration a lump sum equal to 10% of such Longevity Payment as backpay. This Agreement shall not be valid, and no payments shall be made, unless and until each and every Plaintiff executes this Agreement.

      B. The defendant will make appropriate tax and retirement withholdings from the back wages amount in paragraph 2A, including required employee contribution to the City of New Haven City Employees' Retirement System ("CERS"). The defendant shall be solely liable, however, for the required employer contribution to CERS and shall forward to the CERS, all employer and employee contributions required to be withheld.

      C. The back wages owed pursuant to paragraph 2A, less the appropriate withholdings as defined in paragraph 2B, shall be paid directly to each individual plaintiff who is still employed by the defendant through the defendant's payroll system. For those plaintiffs who are no longer employed by the defendant, the back wages owed pursuant to paragraph 2A, less the appropriate withholdings as defined in paragraph 2B, shall be paid directly to each individual plaintiff and sent to plaintiffs' attorneys, Woodley & McGillivary LLP, 1101 Vermont Ave. NW, Washington, DC 20005.

      D. The amount of back wages paid to each individual plaintiff will be reported to plaintiffs by the defendant on Internal Revenue Service ("IRS") Form W-2.

      E. The defendant agrees to pay Woodley & McGillivary LLP, the sum of Fifteen Thousand Dollars ($15,000.00) This amount represents reimbursement for the attorney's fees and costs incurred by the plaintiffs. This amount shall be reported to Woodley & McGillivary LLP on IRS Form 1099. This amount to be paid by check made payable to Woodley & McGillivary LLP, and sent to plaintiffs' attorney, Megan K. Mechak, Woodley & McGillivary LLP, 1101

**This is a settlement agreement in the case *Adams et al. v. New Haven*, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

Vermont Ave. NW., Washington, DC 20005. Woodley & McGillivary, LLP shall provide the defendant with appropriate tax documentations to facilitate such payment, such as a Form W-9.

    F. Upon execution of this Agreement by all parties, the parties agree to submit a joint motion seeking approval of the settlement and requesting a Court hearing on the fairness of the settlement.

    G. The City agrees to pay the full amount of the back wages described in Paragraph 2A within ten business days after the latest of (i) execution of this Agreement by all plaintiffs; and (ii) the Court's approval of the Joint Motion.

    H. Plaintiffs agree to file a Notice of Dismissal with Prejudice within ten business days of the City's compliance with Paragraph 2.G.

    3. <u>No Admission of Liability or Wrongdoing</u>. It is understood and agreed that this Agreement is entered into and offered by way of compromise of disputed claims and that this Agreement and any payments made pursuant to this Agreement are not to be construed as an admission of liability or wrongdoing by the City.

    4. <u>Governing Law and Interpretation</u>. This Agreement shall be governed by and construed in accordance with the laws of the State of Connecticut. The language of this Agreement shall be construed as a whole, according to its fair meaning, and not strictly construed for or against either party. The District Court for the District of Connecticut shall retain jurisdiction to enforce the terms of this Agreement.

    5. <u>Entire Agreement</u>. This Agreement and its attachments set forth the entire agreement between the parties and supersede any and all prior agreements or understandings between the

**This is a settlement agreement in the case** *Adams et al. v. New Haven*, **CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

parties. Further, this Agreement may not be amended except by written agreement signed by the parties hereto.

      6. <u>Headings</u>. Section headings are used in this Agreement for the ease of reference only and shall not affect the meaning of any provision of this Agreement.

      7. <u>Consultation with Counsel and Understanding</u>. Each individual plaintiff acknowledges that he or she was given the opportunity to consult with an attorney of his or her choice before signing this Agreement and that he or she has been given a reasonable period of time in which to consider the terms of this Agreement before acting upon it. Each plaintiff also represents that he or she has carefully read and fully understands all of the provisions of this Agreement and that he or she has discussed all aspects of this Agreement with an attorney as such plaintiff may deem necessary. Each plaintiff agrees that he or she has voluntarily entered into this Agreement of his or her own free will. Each plaintiff further agrees that the City did not pressure or threaten him or her in any manner or make continued employment or receipt of any employment benefits, conditions, promotions or other advantage contingent upon him or her signing this Agreement.

      8. <u>Signatures in Counterparts</u>. This Agreement may be executed in counterparts. Such counterparts shall together constitute one and the same document. The parties agree that facsimile signatures shall be treated as original signatures. Counsel for plaintiffs shall review the signatures of the plaintiffs and represent that each signature is valid.

      9. <u>Acknowledgement</u>. Plaintiffs and the City further acknowledge that they have carefully read and understand this Agreement, and agree that neither the plaintiffs nor the City have made any representations other than those contained herein. Plaintiffs also acknowledge and understand that this agreement constitutes a **FULL AND ABSOLUTE SETTLEMENT**

**This is a settlement agreement in the case** *Adams et al. v. New Haven*, **CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

**AND BAR AS TO ANY AND ALL CLAIMS** that each plaintiff had, has, or may have had and

which has been released herein.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM. By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

Defendant:

_____

City of New Haven

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**This is a settlement agreement in the case** *Adams et al. v. New Haven*, **CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

Plaintiffs:

| | |
|---|---|
| Troy Adams | Sean Ahern |
| Carlos Alicea | Patrick Andrews |
| Angel Aviles | Anthony Avitable |
| Robert Balkun | Jason Balletto |
| Gerard Bellamy | Justin Bialecki |
| Erika K. Bogan | James F. Bohan |
| Gregory E. Boivin | Timothy Borer |
| Harry Bosley | Jeffrey Brabham |
| Christopher Brigham | Michael Briscoe |
| Malcolm Brooks | Leon D. Brown |
| Leon Brown II | George Browne |
| Terrance Burroughs | William Busca |
| Salvatore F. Camera | Gary Carbone |
| Gregory W. Carroll | Vincent J. Caruso Jr. |

8

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

| | |
|---|---|
| _____<br>Robert Celentano | _____<br>Richard Chadderton Jr. |
| _____<br>Michael Christoforo | _____<br>Michael Ciaburro |
| _____<br>Robert Ciociola | _____<br>Gary W. Cole |
| _____<br>Thomas Connors | _____<br>Joseph R Conte |
| _____<br>Johnnie Cooper | _____<br>Thomas Corrone |
| _____<br>Daniel Coughlin | _____<br>John Cretella Jr. |
| _____<br>Robert Crisco | _____<br>Tyrone Daluz |
| _____<br>Gennaro D'Amato | _____<br>Kyle Daniels |
| _____<br>Octavius Dawson | _____<br>Marcos E. De Melo |
| _____<br>Michael De Mennato | _____<br>Daniel Del Prete |
| _____<br>John Delfino | _____<br>Gino Delguidice |
| _____<br>Ronald Dematteis | _____<br>Scott Dillon |
| _____<br>Carl G. Dinello III | _____<br>Ryan DiVito |
| _____<br>Charles Donaruma | _____<br>Steven Durand |
| _____<br>Michael Farrell | _____<br>Salvatore Fernandez |

**This is a settlement agreement in the case *Adams et al. v. New Haven*, CIVIL ACTION NO.: 3:15-CV-01311-JAM. By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

| | |
|---|---|
| Dino R. Ferraro | Scott Ferrie |
| James F. Fitzgerald | Thomas C. Fitzgerald |
| Hakim Flynn | Christopher Forslund |
| Jennifer Forslund | Jeffrey Foster |
| Troy Z. Frost | Palmer L. Gaines |
| Bruce Galaski | William A. Gambardella |
| Joseph Gambrell | Michael Gardin |
| Phillip C. Gauvin Jr. | Eric George |
| Raul A. Ginebra | Kenneth R. Goodale Jr. |
| Ezra W. Goodwin Jr | William Gould |
| Patrick Grant | Richard Greene |
| Nicholas Griffin | Joseph Guarino |
| Michael Guercia | Ryan Haigh |
| Vincent Hall | Armando Hernandez |
| Joseph Hilbert | John Hillo |

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

| | |
|---|---|
| _____<br>Kelly Hudson | _____<br>Kenneth Huise |
| _____<br>Ernest M. Jones Jr. | _____<br>Brian E. Jooss |
| _____<br>James F. Kearney | _____<br>James J. Kelly |
| _____<br>Timothy Kieley | _____<br>Patrick M. King |
| _____<br>James Kottage | _____<br>Charles W. Kranyak |
| _____<br>Michae LaBonia | _____<br>Carole A. LaCroix |
| _____<br>Shemica Lloyd | _____<br>Linwood Lockett |
| _____<br>Sean Lockwood | _____<br>Scott Longyear |
| _____<br>Freddy Lopez | _____<br>Roberto Lugo Jr. |
| _____<br>Karl H. Luschenat | _____<br>Richard Lynch |
| _____<br>Stephen Maldonado | _____<br>Pedro Martinez |
| _____<br>Douglas Mc Brierty | _____<br>Justin Mc Carthy |
| _____<br>Bernard McNeil | _____<br>Derrick Meade |
| _____<br>Michael Milano | _____<br>Michael Miller |
| _____<br>Isaias Miranda | _____<br>Reginald Morton |

**This is a settlement agreement in the case** *Adams et al. v. New Haven*, **CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

| _____ | _____ |
| --- | --- |
| Ronald A. Nardini | Mark Natale |
| Thomas Neville | Kenneth Nolan |
| Cesar Ojeda | Louis Oliwa |
| Kevin O'Neill | Luis S. Ortegon |
| Robert Ortiz | Steven Ortiz |
| Jose L. Osorio | Kevin Owens |
| Wilfredo Pabon | Julio Padilla III |
| Christopher Parker | Todd Parker |
| Sean Patton | Ivan Perez |
| William Perez | Michael Pilato |
| Michael Pozika | Edmond J. Prunier Jr. |
| Patrick Psarras | Glenn S. Pullen |
| Thomas V. Quinn | Antonio E. Ramos |
| Jon Redmond | Anthony Reese |
| Frank Ricci | Kendall A. Richardson |

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

| _____ | _____ |
|---|---|
| Wayne Ricks Jr. | Richard Rife |
| Eric Riggott | Edward Riordan |
| Jason A. Rivera | Silverio Rivera |
| Miguel A. Rosado | Miguel D. Rosado |
| Eliezer Rosario Jr. | Christopher Ryan |
| Shakira Samuel | Paul Sandella |
| John Shepa | Aaron Spann |
| Chris Spencer | Joe Sullo |
| Robert Tammaro | Edward P. Taylor |
| Brian K. Texeira | Gary Tinney |
| Curtis Tolson Jr. | Leverett J. Torgerson |
| Hector Torres | David Tortora |
| Jerome M. Turner | Benjamin Vargas |
| David Vargas | Jose A. Vargas |
| Johnny Vega | Josue Vega |

13

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

| | |
|---|---|
| John Vendetto | Mark Vendetto |
| Dominic Vuolo III | Herschel P. Wadley Jr. |
| Kyle Walker | Douglas A. Wardlaw |
| William Wargu | James Watkins |
| Anthony M. Wells | Jeramie White |
| John Winking | Leonard J. Wishart Jr. |
| Aurelious Woolfolk Jr. | Robert A. Yates |
| Chris Zyskowski | |

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

14

**This is a settlement agreement in the case** *Adams et al. v. New Haven***, CIVIL ACTION NO.: 3:15-CV-01311-JAM.  By signing, each plaintiff acknowledges that he or she has read and understood all 15 pages of the Agreement (plus a four-page Exhibit 1), and is voluntarily entering into this settlement compromising claims for past wages and attorneys' fees.**

<u>Representation of Counsel</u>

I, Megan Kathleen Mechak, am counsel for the Plaintiffs in the above captioned matter.  I represent that, to the best of my knowledge, the signatures of the plaintiffs on this Agreement are true and accurate and were made by the individuals purporting to make them

_____
Megan K. Mechak

EXHIBIT 1

| # | First Name | Last Name | BACKPAY AMOUNT |
|---|---|---|---|
| 1 | Troy | Adams | $ 1.53 |
| 2 | Sean | Ahern | $ 1.11 |
| 3 | Carlos | Alicea | $ 148.11 |
| 4 | Patrick | Andrews | $ - |
| 5 | Angel | Aviles | $ 189.64 |
| 6 | Anthony | Avitable | $ - |
| 7 | Robert | Balkun | $ - |
| 8 | Jason | Balletto | $ 9.05 |
| 9 | Gerard | Bellamy | $ 126.73 |
| 10 | Justin | Bialecki | $ - |
| 11 | Erika | Bogan | $ - |
| 12 | James | Bohan | $ 22.35 |
| 13 | Gregory | Boivin | $ 169.07 |
| 14 | Timothy | Borer | $ 312.93 |
| 15 | Harry | Bosley | $ - |
| 16 | Jeffrey | Brabham | $ - |
| 17 | Christopher | Brigham | $ - |
| 18 | Michael | Briscoe | $ - |
| 19 | Malcolm | Brooks | $ 27.53 |
| 20 | Leon | Brown | $ - |
| 21 | Leon | Brown II | $ 64.96 |
| 22 | George | Browne | $ - |
| 23 | Terrance | Burroughs | $ - |
| 24 | William | Busca | $ 20.80 |
| 25 | Salvatore | Camera | $ - |
| 26 | Gary | Carbone | $ 1,229.92 |
| 27 | Gregory | Carroll | $ - |
| 28 | Vincent | Caruso Jr. | $ - |
| 29 | Robert | Celentano | $ 144.61 |
| 30 | Richard | Chadderton Jr. | $ 201.84 |
| 31 | Michael | Christoforo | $ - |
| 32 | Michael | Ciaburro | $ - |
| 33 | Robert | Ciociola | $ - |
| 34 | Gary | Cole | $ - |
| 35 | Thomas | Connors | $ - |
| 36 | Joseph | Conte | $ 391.85 |
| 37 | Johnnie | Cooper | $ 6.54 |
| 38 | Thomas | Corrone | $ - |
| 39 | Daniel | Coughlin | $ - |
| 40 | John | Cretella Jr. | $ 44.98 |
| 41 | Robert | Crisco | $ - |
| 42 | Tyrone | Daluz | $ 112.74 |
| 43 | Gennaro | D'Amato | $ - |
| 44 | Kyle | Daniels | $ 441.37 |
| 45 | Octavius | Dawson | $ 330.41 |
| 46 | Marcos | De Melo | $ - |
| 47 | Michael | De Mennato | $ 64.27 |
| 48 | Daniel | Del Prete | $ - |
| 49 | John | Delfino | $ 158.33 |
| 50 | Gino | Delguidice | $ 256.90 |

EXHIBIT 1

| # | First Name | Last Name | BACKPAY AMOUNT |
|---|---|---|---|
| 51 | Ronald | Dematteis | $ - |
| 52 | Scott | Dillon | $ 80.85 |
| 53 | Carl | Dinello III | $ 38.09 |
| 54 | Ryan | DiVito | $ 25.21 |
| 55 | Charles | Donaruma | $ - |
| 56 | Steven | Durand | $ 297.77 |
| 57 | Michael | Farrell | $ 59.20 |
| 58 | Salvatore | Fernandez | $ 157.84 |
| 59 | Dino | Ferraro | $ - |
| 60 | Scott | Ferrie | $ 39.92 |
| 61 | James | Fitzgerald | $ 46.22 |
| 62 | Thomas | Fitzgerald | $ 6.58 |
| 63 | Hakim | Flynn | $ - |
| 64 | Christopher | Forslund | $ - |
| 65 | Jennifer | Forslund | $ - |
| 66 | Jeffrey | Foster | $ - |
| 67 | Troy | Frost | $ - |
| 68 | Palmer | Gaines | $ 59.76 |
| 69 | Bruce | Galaski | $ 42.22 |
| 70 | William | Gambardella | $ - |
| 71 | Joseph | Gambrell | $ 195.73 |
| 72 | Michael | Gardin | $ 168.55 |
| 73 | Phillip | Gauvin Jr. | $ - |
| 74 | Eric | George | $ - |
| 75 | Raul | Ginebra | $ 82.70 |
| 76 | Kenneth | Goodale Jr. | $ 10.31 |
| 77 | Ezra | Goodwin Jr | $ 11.36 |
| 78 | William | Gould | $ 894.11 |
| 79 | Patrick | Grant | $ 22.77 |
| 80 | Richard | Greene | $ 73.80 |
| 81 | Nicholas | Griffin | $ 17.80 |
| 82 | Joseph | Guarino | $ - |
| 83 | Michael | Guercia | $ 85.68 |
| 84 | Ryan | Haigh | $ 16.61 |
| 85 | Vincent | Hall | $ 163.75 |
| 86 | Armando | Hernandez | $ 25.21 |
| 87 | Joseph | Hilbert | $ 0.23 |
| 88 | John | Hillo | $ - |
| 89 | Kelly | Hudson | $ 58.93 |
| 90 | Kenneth | Huise | $ - |
| 91 | Ernest | Jones Jr. | $ - |
| 92 | Brian | Jooss | $ - |
| 93 | James | Kearney | $ 175.59 |
| 94 | James | Kelly | $ - |
| 95 | Timothy | Kieley | $ 178.72 |
| 96 | Patrick | King | $ 18.51 |
| 97 | James | Kottage | $ 290.94 |
| 98 | Charles | Kranyak | $ - |
| 99 | Michael | LaBonia | $ - |
| 100 | Carole | LaCroix | $ 53.09 |

EXHIBIT 1

| # | First Name | Last Name | BACKPAY AMOUNT |
|---|---|---|---|
| 101 | Shemica | Lloyd | $ - |
| 102 | Linwood | Lockett | $ 111.73 |
| 103 | Sean | Lockwood | $ 176.88 |
| 104 | Scott | Longyear | $ - |
| 105 | Freddy | Lopez | $ - |
| 106 | Roberto | Lugo Jr. | $ - |
| 107 | Karl | Luschenat | $ 857.03 |
| 108 | Richard | Lynch | $ - |
| 109 | Stephen | Maldonado | $ - |
| 110 | Pedro | Martinez | $ - |
| 111 | Douglas | Mc Brierty | $ 17.00 |
| 112 | Justin | Mc Carthy | $ 1.53 |
| 113 | Bernard | McNeil | $ - |
| 114 | Derrick | Meade | $ - |
| 115 | Michael | Milano | $ - |
| 116 | Michael | Miller | $ - |
| 117 | Isaias | Miranda | $ - |
| 118 | Reginald | Morton | $ 4.47 |
| 119 | Ronald | Nardini | $ 43.90 |
| 120 | Mark | Natale | $ - |
| 121 | Thomas | Neville | $ 478.76 |
| 122 | Kenneth | Nolan | $ 19.29 |
| 123 | Cesar | Ojeda | $ - |
| 124 | Louis | Oliwa | $ - |
| 125 | Kevin | O'Neill | $ 319.35 |
| 126 | Luis | Ortegon | $ 1.42 |
| 127 | Robert | Ortiz | $ 9.93 |
| 128 | Steven | Ortiz | $ - |
| 129 | Jose | Osorio | $ 69.63 |
| 130 | Kevin | Owens | $ - |
| 131 | Wilfredo | Pabon | $ 152.74 |
| 132 | Julio | Padilla III | $ - |
| 133 | Christopher | Parker | $ 372.35 |
| 134 | Todd | Parker | $ 4.38 |
| 135 | Sean | Patton | $ - |
| 136 | Ivan | Perez | $ - |
| 137 | William | Perez | $ - |
| 138 | Michael | Pilato | $ 60.84 |
| 139 | Michael | Pozika | $ - |
| 140 | Edmond | Prunier Jr. | $ - |
| 141 | Patrick | Psarras | $ 15.05 |
| 142 | Glenn | Pullen | $ 58.60 |
| 143 | Thomas | Quinn | $ 463.40 |
| 144 | Antonio | Ramos | $ 370.72 |
| 145 | Jon | Redmond | $ - |
| 146 | Anthony | Reese | $ - |
| 147 | Frank | Ricci | $ - |
| 148 | Kendall | Richardson | $ 38.52 |
| 149 | Wayne | Ricks Jr. | $ 81.04 |
| 150 | Richard | Rife | $ - |

EXHIBIT 1

| # | First Name | Last Name | BACKPAY AMOUNT |
|---|---|---|---|
| 151 | Eric | Riggott | $ - |
| 152 | Edward | Riordan | $ - |
| 153 | Jason | Rivera | $ - |
| 154 | Silverio | Rivera | $ 57.94 |
| 155 | Miguel | Rosado | $ 346.89 |
| 156 | Miguel | Rosado | $ - |
| 157 | Eliezer | Rosario Jr. | $ - |
| 158 | Christopher | Ryan | $ 53.18 |
| 159 | Shakira | Samuel | $ 0.57 |
| 160 | Paul | Sandella | $ - |
| 161 | John | Shepa | $ - |
| 162 | Aaron | Spann | $ - |
| 163 | Chris | Spencer | $ 140.93 |
| 164 | Joe | Sullo | $ - |
| 165 | Robert | Tammaro | $ - |
| 166 | Edward | Taylor | $ 0.79 |
| 167 | Brian | Texeira | $ 8.11 |
| 168 | Gary | Tinney | $ 128.25 |
| 169 | Curtis | Tolson Jr. | $ - |
| 170 | Leverett | Torgerson | $ 16.50 |
| 171 | Hector | Torres | $ 424.01 |
| 172 | David | Tortora | $ 512.94 |
| 173 | Jerome | Turner | $ 51.74 |
| 174 | Benjamin | Vargas | $ 220.80 |
| 175 | David | Vargas | $ - |
| 176 | Jose | Vargas | $ 185.62 |
| 177 | Johnny | Vega | $ - |
| 178 | Josue | Vega | $ - |
| 179 | John | Vendetto | $ - |
| 180 | Mark | Vendetto | $ 178.29 |
| 181 | Dominic | Vuolo III | $ 62.96 |
| 182 | Herschel | Wadley Jr. | $ 181.73 |
| 183 | Kyle | Walker | $ - |
| 184 | Douglas | Wardlaw | $ 11.97 |
| 185 | William | Wargu | $ 7.67 |
| 186 | James | Watkins | $ 276.20 |
| 187 | Anthony | Wells | $ 396.28 |
| 188 | Jeramie | White | $ - |
| 189 | John | Winking | $ - |
| 190 | Leonard | Wishart Jr. | $ 35.25 |
| 191 | Aurelious | Woolfolk Jr. | $ 64.48 |
| 192 | Robert | Yates | $ 32.69 |
| 193 | Chris | Zyskowski | $ - |
| | | | |
| | | | **$ 15,000.00** |